IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR103 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on Defendant's Unopposed Motion to Review Detention. (Filing No. 62.) Defendant was asking to be released to participate in a residential treatment program while residing in public law placement at Dismas Charities in Omaha, NE. A hearing was held on August 10, 2021. At the conclusion of the hearing the court granted Defendant's motion but ruled that a court order would not issue until Defendant's state warrants had been cleared and Dismas had a bed available. The court has been informed that Defendant's state warrants have been cleared up and there is a bed at Dismas on Friday, October 15, 2021.

IT IS THEREFORE ORDERED that:

1. On Friday morning, October 15, 2021 at 9:00 a.m., the Defendant is to be released from the United States Marshal custody at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha NE 68102, to either a member of the Federal Public Defender's Office or a staff member from Dismas Charities. The individual shall directly transport Defendant for a COVID test and then transport Defendant directly to in Dismas Charities, 506 Crown Point Avenue, Omaha, NE 68110.

2. If Defendant fails to remain in treatment, participate in counseling, and obey all the rules of Dismas Charities, the Court shall be notified immediately so that a warrant may issue.

3. Defendant remains subject to all of the previously ordered conditions of his supervised release.

DATED this 13th of October, 2021.

BY THE COURT:

*Susan M Bazis*
The Hon. Suzan Bazis
United States Magistrate Judge